## Herman Nathan et al. v. Julius Wile et al.

### Appeal from the Circuit Court of Cook County.

This was an appeal from a decree in chancery on a bill taken *pro confesso*. The only question involved was whether the allegations of the bill and the findings of fact by the court warranted the decree. Decree reversed and remanded.

WILLIAMS, KRAFT & RUST, attorneys for appellants.

MOSES, ROSENTHAL & KENNEDY, attorneys for appellees.

---

## Bellows Falls Savings Institution v. Garrie S. French.

### Appeal from Superior Court of Cook County.

No questions are involved in this appeal, except the sufficiency of the proof to sustain the allegations of a cross-bill, which was heretofore considered by this court in 67 Ill. App. 179. Opinion not reported.

STILLMAN & MARTYN, attorneys for appellant.

S. A. FRENCH, attorney for appellee; GAGE & DEMING, of counsel.